IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM C. SPENT, JR. D/B/A SPENT SADDLERY & FEEDS, | § § § | |
| PLAINTIFF, | § § | Civil Action No. SA-09-CA-0838-XR |
| VS. | § § | 5:09-cv-00838-XR |
| LONE STAR SILVERSMITH, INC. AND JEFF DEES, | § § § | |
| DEFENDANTS. | § § | |

## DECLARATION OF STEPHEN A. KENNEDY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. My name is Stephen Andrew Kennedy. I am over the age of 21, of sound mind, have never been convicted of a felony, am competent to make this Declaration, and every statement herein is within my personal knowledge and is true and correct.

2. I have been licensed to practice in the State of Texas since 1988 and have been in good standing during that time.

3. Attached as **Exhibit "A"** is a true and correct copy is a true and correct copy of the Declaration of William C. Spent. Jr., previously filed in this proceeding as Docket Number 4-2 which was used, at that time, to support Plaintiff's Motion for Preliminary Injunction.

4. I declare under penalty of perjury that the foregoing is true and correct this 29th day of July, 2010.

_____
Stephen A. Kennedy

1

# Exhibit A