**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| WILLIAM C. SPENT, JR. D/B/A SPENT SADDLERY & FEEDS, | § § § | |
| Plaintiff, | § § | Civil Action No. SA-09-CA-0838-XR |
| vs. | § § | 5:09-cv-00838-XR |
| LONE STAR SILVERSMITH, INC. AND JEFF DEES, | § § § | |
| Defendants. | § § | |

## LOCAL RULE 88(B) ADR REPORT

Pursuant to Local Rule 88(b), Plaintiff William C. Spent, Jr., d/b/a Spent Saddlery & Feeds, ("Plaintiff") files this ADR Report and would show the Court as follows:

1. The counsel responsible for the parties in this case are as follows:

    **Counsel for Plaintiff William C. Spent, d/b/a Spent Saddlery & Feeds:**

    Stephen A. Kennedy
    Kennedy, Clark & Williams, PC
    1700 Pacific Avenue, Suite 1280
    Dallas, TX 75201

    **Counsel for Defendants Lone Star Silversmith, Inc. and Jeff Dees:**

    Richard A. Sparr, Jr.
    Sparr, Brewster & Geerdes
    1313 N.E. Loop 410, Suite 100
    San Antonio, TX 78209

2. Mediation in this case was held on Friday, August 20, 2010 by Gale R. Peterson of Cox Smith.

3. Counsel for the Plaintiff certifies that his clients have been informed of the ADR procedures available in this district.

4. At this time, Plaintiff does not believe that further mediation or ADR will be productive.

Respectfully Submitted,

By: */s/ Stephen A. Kennedy*
**STEPHEN A. KENNEDY**
Texas State Bar No. 11300425

**ZAC DUFFY**
Texas State Bar No. 24059697

**KENNEDY CLARK & WILLIAMS, PC**
1700 Pacific Ave., Suite 1280
Dallas, Texas 75201
Tel.: (214) 979-1122
Fax: (214) 979-1123

**ATTORNEYS FOR PLAINTIFF**
WILLIAM C. SPENT, JR. D/B/A
SPENT SADDLERY & FEEDS

CERTIFICATE OF SERVICE

On October 22, 2010, I served the foregoing document via United States mail on all counsel of record.

*/s/ Stephen A. Kennedy*
Stephen A. Kennedy